Arthur A. Zorio, Esq.
Nevada Bar No. 6547
Matthew D. Francis, Esq.
Nevada Bar No. 6978
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
Telephone No.: (775) 324-4100
Facsimile No.: (775) 333-8171
Email: azorio@watsonrounds.com
       mfrancis@watsonrounds.com
*Attorneys for Defendant/Counter-Claimant
Internetwork Expert, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MORRIS, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>INTERNETWORK EXPERT, INC., a Nevada corporation,<br><br>          Defendants. | Case No.   2:11-cv-00372-JCM-RJJ<br><br>**STIPULATION AND ORDER<br>TO DISMISS WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(ii)) |
| INTERNETWORK EXPERT, INC., a Nevada corporation,<br><br>          Counter-Claimant,<br><br>v.<br><br>SCOTT MORRIS, an individual,<br><br>          Counter-Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff/Counter-Defendant, Scott Morris, and Defendant/Counter-Claimant, INTERNETWORK EXPERT, INC., a Nevada corporation, by and through their counsel of record hereby stipulate to the following:

-1-

1. That the Complaint and Counter-Claims, and all claims and causes of action stated therein by Plaintiff/Counter-Defendant and Defendant/Counter-Claimant, are and shall be dismissed with prejudice.

2. Each party hereto shall bear their own attorney's fees and costs.

Dated this ___ day of December, 2011.

GORDON SILVER

/s/ Michael N. Feder
MICHAEL N. FEDER, ESQ.
Nevada Bar No. 7332
JAMIE L. ZIMMERMAN, ESQ.
Nevada Bar No. 11749
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

MILLER WELLS PLLC

/s/ Alex L. Scutchfield
ALEX L. SCUTCHFIELD, ESQ.
Pro Hac Vice
300 East Main Street, Suite 360
Lexington, Kentucky 40507-1564
Tel: (859) 281-0077
Fax: (859) 957-1889
Attorneys for Plaintiff Scott Morris
Plaintiff/Counter-Defendant

Dated this ___ day of December, 2011.

WATSON ROUNDS

/s/ Arthur A. Zorio
Arthur A. Zorio, Esq.
Nevada Bar No.: 6547
5371 Kietzke Lane
Reno, NV 89511
Telephone:  775/324-4100
Facsimile:   775/333-8171
Attorneys for Defendant/Counter-Claimant
INTERNETWORK EXPERT, INC.,
a Nevada corporation

IT IS SO ORDERED,

*[signature]*
UNITED STATES DISTRICT JUDGE

Dated: December 30, 2011